# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-1715

_____

TAHJ HALIQUE JONES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
John F. Simon, Judge.

March 13, 2019

PER CURIAM.

Appellant, a juvenile at the time of the offense, challenges his criminal judgment and sentences. We affirm appellant's convictions without comment and affirm his sentences based on *Hart v. State*, 255 So. 3d 921 (Fla. 1st DCA 2018).

OSTERHAUS and JAY, JJ., concur; WOLF, J., concurs with opinion.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***
_____

WOLF, J., concurring.

I concur on the sentencing issue because I am constrained to do so by *Hart v. State*, 255 So. 3d 921 (Fla. 1st DCA 2018).

_____

Michael Ufferman of Michael Ufferman Law Firm, P.A., Tallahassee, for Appellant.

Ashley B. Moody, Attorney General, and Sharon S. Traxler, Assistant Attorney General, Tallahassee, for Appellee.